# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.:**_____

**WERNER MEDIA PARTNER, LLC
D/B/A NATURE'S SLEEP, LLC**

**Plaintiff,**

**v.**

**SPECIALIZED FOAM PRODUCTS, LLC
D/B/A PURASLEEP**

**Defendants.**

_____/

## <u>COMPLAINT</u>

Plaintiff, Werner Media Partner, LLC, d/b/a Nature's Sleep, LLC, a limited liability company having an address of 7143 W Broward Blvd Plantation, Florida 33312-2215 United States ("NATURE'S SLEEP" or the "Plaintiff") hereby sues Specialized Foam Products, LLC d/b/a PuraSleep, 1227 N Peachtree Pkwy, #222, Peachtree, Georgia, 30269 ("PURASLEEP" or Defendant) for: Common Law Business Negligence; Copyright Infringement (pursuant to 17 U.S.C. § 501-505); Violation of Copyright Management Information (pursuant to 17 U.S.C. § 1202); Trademark Infringement (pursuant to 15 U.S.C. § 1114 and the common law); False Designation of Origin and Unfair Competition (pursuant to 15 U.S.C. § 1125 and the common law); Violation of Florida's Deceptive and Unfair Trade Practices Act (pursuant to Fla. Stat. §§ 501.201-501.213) (the "FDUTPA" Violations). Jurisdiction is proper pursuant to 28 U.S.C. §§ 1331, and 1338.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

# I.     THE PARITES

### A.     Plaintiff, NATURE'S SLEEP

1.     NATURE'S SLEEP has its principal place of business in Broward County, Florida.

2.     NATURE'S SLEEP is in the business of amongst other things manufacturing and selling mattresses and pillows.

### B.     Defendant, PURASLEEP

3.     Defendant, PURASLEEP regularly does business in Florida.

4.     Defendant, PURASLEEP has operated from 1914 CORDOVA ROAD #308 FT.     LAUDERDALE,     FL     33316,     1108     N     RIO     VISTA     BLVD FT LAUDERDALE, FL 33301 and from other locations in Broward and Palm Beach Counties.

5.     On information and belief, Defendant PURASLEEP manufactures pillows and mattresses in Georgia.

## III.     JURISDICTION AND VENUE

6.     Defendant willfully interfered with business relations of NATURE'S SLEEP, which Defendant knew maintains its principal place of business in South Florida.

7.     Defendant advertises and sells infringing products in Florida.

8.     Defendant has accepted payments from customers in Florida.

9.     The effect and injury of the Defendant's intentional, willful actions were directed at NATURE'S SLEEP and occurred in Broward County Florida.

10.     This Court has subject matter jurisdiction over this action pursuant 15 U.S.C. § 1125; 17 U.S.C. § 106, 501-505, and 1202; 28 U.S.C. §§ 1331, and 1338, in that the

dispute involves: (1) federal questions; (2) copyrights; and (3) Lanham Act Trademark Infringement and Unfair Competition Claims.

11.     This Court has personal jurisdiction over the Defendant due to its substantial and not isolated systematic and continuous contacts with the state.

12.     Venue is proper in the Southern District of Florida, pursuant to 28 U.S.C. § 1391, because a substantial part of the events giving rise to NATURE'S SLEEP's claims occurred and a substantial part of property that is the subject of this action is situated, in the Southern District.

13.     Venue is also proper in the Southern District of Florida because the injury suffered is and was sustained and suffered in the Southern District of Florida.

## IV.  FACTUAL BACKGROUND

### The Trademarks

14.     NATURE'S SLEEP owns U.S. Trademark Reg. No. 4,240,084 (the "'084 Mark") in International Classes 10, 20 and 24 for support mattresses for medical use, therapeutic mattress supports, replacement mattresses for hospital beds, and stretcher mattresses; disposable films, namely, and biodegradable films made of cornstarch, sold to retailers of furniture for use as a germ shield in protecting furniture and customers while on the showroom floor; Sleep products, namely, beds, mattresses, bedsteads, mattress toppers, mattress support systems in the nature of mattress foundations, bed frames, headboards, viscoelastic foam mattresses, viscoelastic foam mattress toppers, pet beds, and viscoleastic foam pet beds; and sanitary linens for bed and bath made of cornstarch; sanitary wash cloths; sanitary hand towels; and sanitary bed sheets. NATURE'S SLEEP has been using the '084 Mark in commerce since at least as early at Aug. 1, 2007. *See,* **Exhibit A** attached.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

15.     NATURE'S SLEEP owns U.S. Trademark Reg. No. 3,731,815 (the "'815" Mark) in International Class 20 for Pillows. NATURE'S SLEEP has been using the '815 Mark in commerce since at least as early as Sept. 30, 2007. *See,* **Exhibit B**, attached.

16.     NATURE'S SLEEP owns U.S. Trademark Reg. No. 3,802,848 (the "'848" Mark) in International Class 20 for sleep products for pets, namely, viscoelastic foam pet beds. NATURE'S SLEEP has been using the '848 Mark in commerce since at least as early as Oct, 6, 2009. *See,* **Exhibit C**, attached.

17.     NATURE'S SLEEP owns U.S. Trademark Reg. No. 3,878,747 (the "'747" Mark) in International Class 10 for support mattresses for medical use, namely, therapeutic mattress support, replacement mattresses for hospital beds, and stretcher mattresses. NATURE'S SLEEP has been using the '747 Mark in commerce since at least as early as Oct. 31, 2009. *See,* **Exhibit D**, attached. Collectively, the '084 Mark, the '815 Mark, the '848 Mark and the '747 Mark are the "NATURE'S SLEEP REGISTERED MARKS".

18.     NATURE'S SLEEP owns U.S. Trademark Appl. No. 86/548,760 (the "CUTTY SARK LOGO") in International Class 20 for mattress toppers; Mattresses; Pillows. The CUTTY SARK LOGO consists of the word "nature's" written in sans serif font above and to the left of "sleep"; "sleep" is written in script; a stylized stem with flower buds and five leaves run horizontally beneath "nature's sleep"; the color of "nature's" is pale leaf; the color of "sleep" and the stem is cutty sark. The CUTTY SARK LOGO appears as:



**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

19.     NATURE'S SLEEP owns U.S. Trademark Appl. No. 86/548,528 (the "B&W LOGO") in International Class 10 for Biodegradable cornstarch-based film for use as a germ shield in the bedding, furniture and health care fields; Medical products, namely, therapeutic mattresses, beds, seats and cushions; Support mattresses for medical use. NATURE'S SLEEP has been using the B&W LOGO since at least as early as Aug. 31, 2009. The B&W LOGO appears as:



20.     NATURE'S SLEEP owns U.S. Trademark Appl. No. 86/548,815 (the "KIMBERLY LOGO") in International Class 20 for: Mattress toppers; Mattresses; Pillows NATURE'S SLEEP has been using the KIMBERLY LOGO since at least as early as Jun. 11, 2012. The KIMBERLY LOGO consists of the word "nature's" written in sans serif font above and to the left of "sleep"; "sleep" is written in script; a stylized stem with flower buds and five leaves runs horizontally beneath "nature's sleep"; the color "nature's sleep" and the step is Kimberly (i.e. purple). The KIMBERLY LOGO appears as:



21.     Together, the B&W LOGO, THE CUTTY SARK LOGO, and THE KIMBERLY LOGO are the "NATURE'S SLEEP LOGOS." Collectively, the NATURE'S SLEEP

ASSOULINE & BERLOWE, P.A.
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

REGISTERED MARKS and NATURE'S SLEEP LOGOS are the "NATURE'S SLEEP MARKS."

**The Works**

22.     NATURE'S SLEEP's LOGOS are creative works of authorship that are also protected by copyright and registered with the U.S. Copyright Office, as U.S. Reg. No. VA0001945095. *See,* **Exhibit E**, attached.

23.     Circa 2007, NATURE'S SLEEP registered the domain name www.naturessleep.com. NATURE'S SLEEP has continuously maintained the domain name registration and its content from circa 2007 through the present.

24.     NATURE'S SLEEP sells its products on the Internet throughout the world through its website, www.naturessleep.com., the content of www.naturessleep.com is an original work of authorship and the copyright therein is registered with the U.S. Copyright office, as U.S. Reg. No. TX008056724 (the "NATURE'S SLEEP WEBSITE"). *See,* **Exhibit F**, attached.

[Complaint continued on next page . . .]

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

**The Infringement**

25.     On or about Feb. 18, 2015, NATURE'S SLEEP learned that consumers were becoming confused between NATURE'S SLEEP and Defendant, because of Defendant's use of the following logos in Defendant's Internet advertising for products that are of an identical type as NATURE'S SLEEP (e.g. pillows and mattresses):

  

(the "Infringing Mark") is actually confused with the NATURE'S SLEEP MARKS, e.g.:

  

26.     When NATURE'S SLEEP learned of the actual confusion being caused by Defendant, NATURE'S SLEEP contacted Defendant to attempt to resolve the matter amicably. However, Defendant refused and continues to willfully and intentionally infringe the NATURE'S SLEEP mark, even though it is now aware and on actual notice of the actual confusion.

[Complaint continued on next page . . .]

7

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

27.    For example, on or about Feb. 18 through the filing of this Complaint. The following images of NATURE'S SLEEP and Defendant's products appeared at: http://www.groupon.com/goods?category=home-and-garden&category3=mattresses



28.    The full product listing is attached as **Exhibit G**.

29.    Another example is Defendant's misleading Amazon.com advertisings, which are intended and actually trick customers into thinking they are clicking on an advertisement for NATURE'S SLEEP, see, e.g.:



**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

30.     After Defendant refused to take action to avoid consumer confusion, NATURE'S SLEEP investigated further.

31.     Through its investigation, NATURE'S SLEEP learned that Defendant's unlawful conduct was willful, intentional and far more extensive than initially suspected.

32.     On each and every page of Defendant's website located at Internet address www.luxefoam.com, Defendant uses the NATURE'S SLEEP REGISTERED MARKS in order to misdirect consumers searching for NATURE'S SLEEP to Defendant's website.

33.     Once at Defendant's website, www.luxefoam.com, consumers are further mislead because Defendants have misappropriated the layout, organization and look and feel of www.naturessleep.com, including copying content directly from the NATURE'S SLEEP WEBSITE, www.naturessleep.com, word for word.

34.     For   example,   as   of   March   4,   2015,   at   the   URL http://www.luxefoam.com/category_s/1847.htm amongst others the following "frequently asked" questions appear:

Does the mattress retain heat and will it make me hot?
. . .
Is there any latex in your mattresses?
. . .
Will my new mattress have an odor?
. . .
Can I wash the cover on my mattress?
. . .
Can I use a mattress pad with my mattress?
. . .
Are telephone orders accepted?
. . .
How do I change my order?
. . .
How will I know that you have received my order?
. . .
Do you charge sales tax?
. . .

ASSOULINE & BERLOWE, P.A.
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

Do you offer financing?

35.     The above selection and specific "frequently asked questions" were clearly copied from the "frequently asked questions" at http://www.naturessleep.com/faqs/ which are part of the NATURE'S SLEEP WEBSITE.

36.     Not only are the selection and specific wording of "frequently asked questions" at www.luxefoam.com strikingly similar to the frequently asked questions from the NATURE'S SLEEP WEBSITE many of the answers are also identical.

37.     For example, Defendant copied the answer from the question "Will my new mattress have an odor" -- as "Any off gassing is almost non-existent, just possibly a harmless smell from the new foam manufacturing process which goes away . . . The initial smell is normal and harmless." More extensive copying is evident throughout Defendant's website at www.luxefoam.com, which was copied from the NATURE'S SLEEP WEBSITE.

38.     Archival records evidence a continuous copying and intentional infringement and misappropriation by Defendant of NATURE'S SLEEP website content.

39.     Defendant has clearly engaged in a campaign of intentional and willful trademark and copyright infringement.

40.     All conditions precedent have either occurred or have been waived.

### COUNT I – <u>COPYRIGHT INFRINGEMENT U.S. Copyright Reg. No.</u>
(pursuant to 17 U.S.C. §§ 501-505 )

41.     NATURE'S SLEEP adopts and realleges paragraphs 1 - 40 inclusive, as though fully set forth herein.

42.     NATURE'S SLEEP owns the copyright in its website content from www.naturessleep.com, the NATURE'S SLEEP WEBSITE. U.S. Copyright Reg. No.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

TX008056724 is *prima facie* evidence of the ownership and validity of the NATURE'S SLEEP WEBSITE copyright.

43.    Defendant has had access to NATURE'S SLEEP WEBSITE.

44.    Defendant willfully and intentionally unlawfully copied NATURE'S SLEEP WEBSITE and is distributing, publicly performing and creating derivatives of the NATURE'S SLEEP WEBSITE.

45.    Defendant's actions infringe the NATURE'S SLEEP WEBSITE copyrights.

46.    Defendant encourages, participates in, facilitates, and materially contributes to these infringements and the infringement caused by third parties that visit www.luxefoam.com.

47.    Defendant's infringing copies of NATURE'S SLEEP WEBSITE are strikingly similar to NATURE'S SLEEP WEBSITE.

48.    Defendant's willful, intentional, deliberate, and malicious acts infringe NATURE'S SLEEP WEBSITE and have damaged and continue to damage NATURE'S SLEEP.

49.    Defendant's acts of infringement of the NATURE'S SLEEP WEBSITE have damaged, and continue to damage NATURE'S SLEEP in a manner that is irreparable in nature.

50.    NATURE'S SLEEP is without an adequate remedy at law.

**WHEREFORE**, NATURE'S SLEEP prays that:

a.    Defendant, its agents, servants, employees, franchisees, licensees, attorneys and all others in active concert or participation with Defendant, be enjoined and restrained, during the pendency of this action as preliminary injunction and permanently thereafter from:

i.    Using, copying or otherwise exploiting NATURE'S SLEEP's copyrights and copyrighted works;

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

     ii.   Using, disclosing, converting, appropriating, retaining, selling, transferring or copying any property of NATURE'S SLEEP including but not limited to the NATURE'S SLEEP WEBSITE;

     iii.   Using any of the copyrights the NATURE'S SLEEP WEBSITE or any colorable imitation of any of the copyrights therein;

     iv.   Doing any other act or thing likely to, or calculated to, induce the belief that Defendant or Defendant's business is in any way affiliated, connected or associated with NATURE'S SLEEP, or NATURE'S SLEEP's business;

b.     Immediately after the entry of an order for either preliminary or permanent injunction, Defendant be required to turn over any files created by NATURE'S SLEEP or its employees, including but not limited to any unlawful copies or derivative works made by Defendant, its agents, servants, employees, franchisees, licensees, attorneys and all others in active concert or participation with Defendant.

c.     Defendant transfer the domain name luxefoam.com which hosted the infringing content, to NATURE'S SLEEP.

d.     Defendant, its agents, servants, employees, franchisees, licensees, attorneys and all others in active concert or participation with Defendant be required to deliver for destruction all DVDs, DVD covers, labels, letterhead, business cards, signs, prints, packages, wrappers, receptacles, forms, files, advertisements, storage media, printouts and the like in their possession bearing the name or mark of any of NATURE'S SLEEP's copyrights, including not limited to the NATURE'S SLEEP WEBSITE, and any other reproduction, counterfeit, copy or colorable imitation of the NATURE'S SLEEP's WEBSITE.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

e.      Defendant be required to pay NATURE'S SLEEP the costs of this action, together with reasonable attorneys' fees and disbursements.

f.      NATURE'S SLEEP be awarded at its election statutory or actual damages of at least $150,000.00, pursuant to the Copyright Act.

g.      NATURE'S SLEEP to have such other and further relief as this Court deems just, fair, and equitable.

**COUNT II – <u>COPYRIGHT INFRINGEMENT U.S. Copyright Reg. No. VA0001945095</u>**
(pursuant to 17 U.S.C. §§ 501-505)

51.      NATURE'S SLEEP adopts and realleges paragraphs 1 - 40 inclusive, as though fully set forth herein.

52.      NATURE'S SLEEP owns the copyright in its original logo: (the "NATURE'S SLEEP LOGO COPYRIGHT"). U.S. Copyright Reg. No. VA0001945095 is *prima facie* evidence of the ownership and validity of the NATURE'S SLEEP LOGO COPYRIGHT..

53.      Defendant has had access to NATURE'S SLEEP LOGO COPYRIGHT.

54.      Defendant willfully and intentionally unlawfully copied NATURE'S SLEEP LOGO COPYRIGHT and is distributing, publicly performing and creating derivatives of the NATURE'S SLEEP LOGO COPYRIGHT.

55.      Specifically, Defendant derived its LOGOs



(the "Infringing Logos") from the NATURE'S SLEEP LOGO COPYRIGHT, e.g.:



**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

56.    Defendant's actions infringe NATURE'S SLEEP LOGO COPYRIGHT.

57.    Defendant encourages, participates in, facilitates, and materially contributes to third party infringements of the NATURE'S SLEEP LOGO COPYRIGHT.

58.    Defendant's copies of the Infringing Logos, which it continues to manufacture, supplicate and distribute are strikingly similar to the NATURE'S SLEEP LOGO COPYRIGHT.

59.    Defendant's willful, intentional, deliberate, and malicious acts infringe NATURE'S SLEEP LOGO COPYRIGHT and have damaged and continue to damage NATURE'S SLEEP.

60.    Defendant's acts of infringement of the NATURE'S SLEEP LOGO COPYRIGHT have damaged, and continue to damage, NATURE'S SLEEP in a manner that is irreparable in nature.

61.    NATURE'S SLEEP is without an adequate remedy at law.

**WHEREFORE**, NATURE'S SLEEP prays that:

a.    Defendant, its agents, servants, employees, franchisees, licensees, attorneys and all others in active concert or participation with Defendant, be enjoined and restrained, during the pendency of this action as preliminary injunction and permanently thereafter from:

v.    Using, copying or otherwise exploiting NATURE'S SLEEP's copyrights and copyrighted works;

vi.    Using, disclosing, converting, appropriating, retaining, selling, transferring or copying any property of NATURE'S SLEEP including but not limited to the NATURE'S SLEEP LOGO COPYRIGHT;

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

    vii.   Using any of the copyrights the NATURE'S SLEEP LOGO COPYRIGHT or any colorable imitation of any of the copyrights therein;

    viii.   Doing any other act or thing likely to, or calculated to, induce the belief that Defendant or Defendant's business is in any way affiliated, connected or associated with NATURE'S SLEEP, or NATURE'S SLEEP's business;

b.    Immediately after the entry of an order for either preliminary or permanent injunction, Defendant be required to turn over any files created by NATURE'S SLEEP or its employees, including but not limited to any unlawful copies or derivative works made by Defendant, its agents, servants, employees, franchisees, licensees, attorneys and all others in active concert or participation with Defendant.

c.    Defendant transfer the domain name luxefoam.com which hosted the infringing content, to NATURE'S SLEEP.

d.    Defendant, its agents, servants, employees, franchisees, licensees, attorneys and all others in active concert or participation with Defendant be required to deliver for destruction all DVDs, DVD covers, labels, letterhead, business cards, signs, prints, packages, wrappers, receptacles, forms, files, advertisements, storage media, printouts and the like in their possession bearing the name or mark of any of NATURE'S SLEEP's copyrights, including not limited to the NATURE'S SLEEP LOGO COPYRIGHT, and any other reproduction, counterfeit, copy or colorable imitation of the NATURE'S SLEEP's LOGO COPYRIGHT.

e.    Defendant be required to pay NATURE'S SLEEP the costs of this action, together with reasonable attorneys' fees and disbursements.

f.    NATURE'S SLEEP be awarded at its election statutory or actual damages of at least $150,000.00, pursuant to the Copyright Act.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

g.      NATURE'S SLEEP to have such other and further relief as this Court deems just, fair, and equitable.

### COUNT III – <u>VIOLATIONS OF COPYRIGHT MANAGEMENT INFORMATION</u>
(pursuant to 17 U.S.C. §§ 1202-1203)

62.     NATURE'S SLEEP adopts and realleges paragraphs 1 - 40 inclusive, as though fully set forth herein.

63.     Copyright Management Information ("CMI") includes copyright notices and other authorship information.

64.     When Defendant copied NATURE'S SLEEP website content it intentionally altered and added false CMI to the infringing works to conceal the infringement.

65.     For example, Defendant specifically replaced the "Copyright © 2015 Nature's Sleep" about 180 times with "COPYRIGHT © 2015 PURASLEEP."

66.     Thus, Defendant knowingly and with the intent to induce, enable, facilitate, or conceal infringement provided and/or distributed CMI for NATURE'S SLEEP website content that was false.

67.     The Defendant unlawfully and intentionally altered the CMI for infringing copies of NATURE'S SLEEP website content, without the authority of NATURE'S SLEEP.

68.     Defendant unlawfully and without the authority of NATURE'S SLEEP, distributes, and publicly performs infringing copies of NATURE'S SLEEP website content knowing that the CMI has been altered without authority of the copyright owner, NATURE'S SLEEP.

69.     The natural, probable and foreseeable consequence of the Defendant's wrongful conduct is to deprive, and continue to deprive NATURE'S SLEEP of: (i) the benefits of its

ASSOULINE & BERLOWE, P.A.
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

intellectual property; and, (ii) the licensing, marketing and promoting of NATURE'S SLEEP related goods and services.

70.    The Defendant knew or should have known that persons visiting www.luxefoam.com would be directly infringing NATURE'S SLEEP's copyrights under 17 U.S.C. § 106.

71.    The Defendant knew or should have known that each download and/or visit to and/or from www.luxefoam.com would violate the integrity of NATURE'S SLEEP's CMI under 17 U.S.C. § 1202.

72.    The Defendant received, and continues to receive, a direct financial benefit from these violations.

73.    By distributing the integral material, or otherwise inducing that infringement, the Defendant is vicarious and/or contributory violators of the integrity of NATURE'S SLEEP's CMI.

74.    Defendant's willful, intentional, deliberate, and malicious acts of violate the integrity of NATURE'S SLEEP CMI and has and continues to damage NATURE'S SLEEP.

75.    Defendant's acts of violation of the integrity of NATURE'S SLEEP CMI have damaged, and continue to damage, NATURE'S SLEEP in a manner that is irreparable in nature.

76.    NATURE'S SLEEP is without an adequate remedy at law.

**WHEREFORE**, Plaintiff NATURE'S SLEEP demands judgment against the Defendant jointly and severally and seeks an Order:

a.    seizing, impounding, and then destroying of any device or product involved in the Defendant's violations;

ASSOULINE & BERLOWE, P.A.
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

b.      awarding, at NATURE'S SLEEP's election, actual damages and the Defendant's profits, or statutory damages of at least $25,000.00 per violation;

c.      awarding costs and attorneys' fees pursuant to 17 U.S.C. § 1203; and,

d.      granting such other relief as this Court finds just, fair, and equitable.

## COUNT IV – <u>TRADEMARK INFRINGEMENT</u>
(pursuant to 15 U.S.C. § 1114)

77.      NATURE'S SLEEP adopts and realleges paragraphs 1 - 40 inclusive, as though fully set forth herein.

78.      Defendant's aforesaid acts are likely to cause confusion, mistake or deception as to the source of the parties' products.  Specifically, Defendant's use of a colorable imitation of NATURE'S SLEEP REGISTERED TRADEMARKS in connection with Defendant's sale of sleeping products including, but not limited to mattresses, pillows, covers and sheets is likely to cause purchasers and others to mistakenly believe that Defendant or its products are legitimately connected with, sponsored by or approved by NATURE'S SLEEP.

79.      Defendant's aforesaid acts constitute trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114, and the common law of Florida.

80.      Defendant's actions have been and continue to be committed willfully and intentionally with full knowledge of Plaintiff's rights, and of the fact that such actions likely confuse the public and harm NATURE'S SLEEP.

81.      Defendant's aforesaid acts are greatly and irreparably damaging to NATURE'S SLEEP and will continue to damage NATURE'S SLEEP until enjoined by this Court, wherefore NATURE'S SLEEP is without adequate remedy at law.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

**WHEREFORE,** NATURE'S SLEEP prays that:

a.     Defendant, its officers, agents, servants, employees, attorneys and all others in active concert or participation with Defendant, jointly and severally, be enjoined and restrained during the pendency of this action and permanently thereafter from:

i.     using the NATURE'S SLEEP MARKS or any other mark or designation that is confusingly similar to the NATURE'S SLEEP MARKS; and

ii.     performing any other acts which are likely to lead the public to believe that Defendant's products are in any manner licensed, sponsored, approved or authorized by NATURE'S SLEEP or which dilute the distinctive quality of the NATURE'S SLEEP trademark.

b.     Defendant be ordered to pay NATURE'S SLEEP all damages suffered by reason of Defendant's wrongful acts as set forth in this Complaint, pursuant to 15 U.S.C. §§ 1117 (a) and 1125(c)(2).

c.     The Court award NATURE'S SLEEP three times the damages suffered by reason of the wrongful acts of Defendant as set forth in this Complaint, pursuant to 15 U.S.C. §§ 1117 (a) and 1125(c)(2).

d.     Defendant be ordered to pay plaintiff all profits realized by Defendant by reason of Defendant wrongful acts as set forth in this Complaint, pursuant to 15 U.S.C. §§ 1117 (a) and 1125(c)(2).

e.     Defendant be ordered to pay Plaintiff the costs of this action and reasonable attorney's fees, pursuant to 15 U.S.C. §§ 1117(a) and 1125(c)(2).

f.     Defendant be directed to identify and destroy all infringing and unfairly competing materials, including but not limited to Defendant's infringing and unfairly competing

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

products, and all printed material, packaging and advertising bearing colorable imitations of the NATURE'S SLEEP MARKS.

g.      Defendant be required to file with the Court and serve on NATURE'S SLEEP a written report under oath setting forth in detail the manner of its compliance with the terms of this Court's order in accordance with 15 U.S.C. §1116.

h.      Plaintiff shall have such other relief as this Court may deem just and proper.

### COUNT V - <u>FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION</u>
(pursuant to 15 U.S.C. § 1125(a) and Florida common law)

82.      NATURE'S SLEEP adopts and realleges paragraphs 1 - 40 inclusive, as though fully set forth herein.

83.      Defendant's aforesaid acts tend falsely to represent Defendants and their aforesaid products as being affiliated, connected or associated with, or sponsored or approved by, Plaintiff in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

84.      Defendant's aforesaid acts constitute unfair competition with Plaintiff, and result in Defendant's unjust enrichment under the common law of Florida.

85.      This case is exceptional pursuant to 15 U.S.C. § 1117(a)(3).

86.      Defendant's aforesaid acts are generally and irreparably damaging to Plaintiff and will continue to damage Plaintiff unless enjoined by this Court, wherefore Plaintiff is without adequate remedy at law.

**WHEREFORE,** Plaintiff prays that:

a.      Defendant, its officers, agents, servants, employees, attorneys and all others in active concert or participation with Defendant, jointly and severally, be enjoined and restrained during the pendency of this action and permanently thereafter from:

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

i.      using the NATURE'S SLEEP MARKS or any other mark or designation that is confusingly similar to the NATURE'S SLEEP MARKS; and

ii.      performing any other acts which are likely to lead the public to believe that Defendant's products are in any manner licensed, sponsored, approved or authorized by Plaintiff or which dilute the distinctive quality of the NATURE'S SLEEP MARKS.

b.      Defendant be ordered to pay Plaintiff all damages suffered by reason of Defendant's wrongful acts as set forth in this Complaint, pursuant to 15 U.S.C. §§ 1117 (a) and 1125(c)(2).

c.      The Court award NATURE'S SLEEP three times the damages suffered by reason of the wrongful acts of Defendant as set forth in this Complaint, pursuant to 15 U.S.C. §§ 1117 (a) and 1125(c)(2).

d.      Defendant be ordered to pay NATURE'S SLEEP all profits realized by Defendant by reason of Defendant's wrongful acts as set forth in this Complaint, pursuant to 15 U.S.C. §§ 1117 (a) and 1125(c)(2).

e.      Defendant be ordered to pay NATURE'S SLEEP the costs of this action and reasonable attorney's fees, pursuant to 15 U.S.C. §§ 1117(a) and 1125(c)(2).

f.      Defendant be directed to identify and destroy all infringing and unfairly competing materials, including but not limited to Defendant's infringing and unfairly competing products, and all printed material, packaging and advertising bearing colorable imitations of the NATURE'S SLEEP trademark.

g.      Defendant be required to file with the Court and serve on NATURE'S SLEEP a written report under oath setting forth in detail the manner of its compliance with the terms of this Court's order in accordance with 15 U.S.C. § 1116.

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

h.      NATURE'S SLEEP shall have such other relief as this Court may deem just and proper.

## COUNT VI – <u>FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT</u>
(Florida Statute §§ 501.201 - 501.213)

87.      NATURE'S SLEEP adopts and realleges paragraphs 1 - 40 inclusive, as though fully set forth herein.

88.      Defendant has unlawfully used intellectual property belonging to NATURE'S SLEEP, including unauthorized use of NATURE'S SLEEP's copyrights, NATURE'S SLEEP's trademarks, and NATURE'S SLEEP's intellectual property to obtain competitive advantage for their own goods and services in the market.

89.      Defendant also unlawfully removed source identifying information, and copyright notices from NATURE'S SLEEP's intellectual property to pass it off as its own.

90.      Defendant's actions constitute unfair methods of competition and unfair or deceptive acts or practices in the conduct of trade or commerce in violation of Fla. Stat. § 501.204.

91.      Defendant has willfully undertaken these unlawful acts, as under Florida Statute § 501.204, and knew or should have known that such uses or practices were unlawful.

92.      NATURE'S SLEEP has been damaged by Defendant's unlawful actions.

**WHEREFORE**, NATURE'S SLEEP demands judgment against Defendant:

a.      compelling the Defendant to deliver all infringing materials to NATURE'S SLEEP, or in the alternative, destruction thereof;

b.      enjoining the Defendant preliminarily and permanently from any use of any mark confusingly similar to the NATURE'S SLEEP MARKS; and

c.      awarding actual damages in an amount to be determined at trial;

**ASSOULINE & BERLOWE, P.A.**
1801 N. Military Trail, Suite 160, Boca Raton, Florida 33431 • Telephone: (561) 361-6566 • Facsimile: (561) 361-6466

d.      awarding prejudgment interest;

e.      awarding costs and attorneys' fees under  Florida Statute § 501.2105; and,

f.      granting such other relief as this Court finds just, fair, and equitable.

DATED:  August 7, 2015                          Respectfully submitted,

                                ASSOULINE & BERLOWE, P.A.
                                1801 N. Military Trail, Suite 160
                                Boca Raton, Florida 33431
                                Telephone: 561-361-6566
                                Facsimile:  561-361-6466

                        By: s/Peter A. Koziol
                                Peter A. Koziol (FBN 0030446)
                                pak@assoulineberlowe.com
                                Eric N. Assouline, Esq. (FBN 106143)
                                ena@assoulineberlowe.com

                                *Attorneys for Plaintiff,*
                                *Werner Media Partner, LLC*
                                *d/b/a NATURE'S SLEEP, LLC*